**Order entered October 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00970-CV

### CTMI, LLC, MARK BOOZER AND JERROD RAYMOND, Appellants

### V.

### RAY FISCHER AND CORPORATE TAX MANAGEMENT, INC., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-08088-K**

## ORDER

Appellees Ray Fischer and Corporate Tax Management, Inc.'s motion to supplement

clerk's record with full clerk's record from Case No. 05-11-01221-CV is **DENIED**.


/s/  DAVID L. BRIDGES
   JUSTICE